UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARITY SOLUTION GROUP, LLC
d/b/a CLARITY INSIGHTS,

    Plaintiff,

v.                                                        Case No. 18-14088

VISIONPRO, LLC f/k/a                      HON. AVERN COHN
PRIME WORKFORCE SOLUTIONS,
LLC, VISION TECHNOLOGIES, INC.,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Doc. 18)

This is a business dispute. Plaintiff Clarity Solution Group, LLC d/b/a/ Clarity Insights (Clarity) is suing defendants VisionPRO, LLC f/k/a/ Prime Workforce Solutions LLC and Vision Information Technologies. The complaint asserts the following claims:

| | |
|---|---|
| Count I | breach of contract |
| Count II | account stated |
| Count III | unjust enrichment |
| Count IV | statutory embezzlement |
| Count V | injunctive relief |

In broad terms, Clarity says that defendants acted as a "payment administrator" and managed the relationship between Clarity, a temporary staffing agency, and Spectrum Health System (Spectrum),[1] a hospital, under which Clarity provided staff to Spectrum. Spectrum would pay defendants for Clarity's staffing services and defendants in turn would pay Clarity. Clarity says that defendants have failed to pay them for services

---

[1] Clarity also sued Spectrum Health System but later voluntarily dismissed all claims against them (Counts VI - IX). See Doc. 9.

rendered to Spectrum and have wrongfully withheld the funds to which Clarity is entitled. The amounts Clarity says are unpaid are reflected in 17 invoices.

Before the Court is Clarity's motion for summary judgment on its claims for breach of contract, account stated, and statutory embezzlement. For the reasons that follow, the motion will be granted on plaintiff's breach of contract claim. A judgment will be entered in favor of Clarity and against defendants in the amount of $448,699.55. Clarity shall submit a proposed judgment.

SO ORDERED.

S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: 6/12/2019
      Detroit, Michigan